Amy P. Frenzen (SBN: 245368)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone: (213) 576-5000
Facsimile: (877) 306-0043
afrenzen@grsm.com
Attorneys for Defendant

AMERICAN CREDIT RESOLUTION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA M. FRAZIER,<br><br>    Plaintiff,<br><br>vs.<br><br>AMERICAN CREDIT RESOLUTION, INC.,<br><br>    Defendant. | CASE NO. 3:18-cv-07729<br><br>**DEFENDANT AMERICAN CREDIT RESOLUTION, INC.'S REQUEST FOR TELEPHONIC APPEARANCE FOR AUGUST 8, 2019 DEFENDANT'S MOTION AND MOTION TO WITHDRAW AS COUNSEL; (PROPOSED ORDER)**<br><br>Date:  August 8, 2019<br>Time:  10:00 a.m.<br>Judge: Thomas S. Hixson<br><br>Complaint Filed: December 26, 2018 |

-1-
DEFENDANT'S REQUEST FOR TELEHPONIC APPEARANCE AND (PROPOSED) ORDER

**TO THE COURT AND ALL PARTIES AND COUNSEL:**

Counsel for defendant American Credit Resolution, Inc. ("ACR") hereby respectfully requests that Kirstie Simmerman be allowed to appear via telephone for the hearing re-scheduled for August 8, 2019, at 10:00 a.m., in Courtroom A, of the United States District Court located at 450 Golden Gate Avenue in San Francisco, California, the Honorable Thomas S. Hixson presiding, on Gordon Rees Scully Mansukhani, LLP's motion to withdraw and be relieved as counsel for ACR.

Current counsel of record Amy Frenzen will no longer be with Gordon Rees on August 8, 2019, and will be unable to attend the hearing. Ms. Simmerman has represented ACR in other matters, and is familiar with the circumstances surrounding Gordon Rees' request to withdraw as counsel in this matter. Ms. Simmerman is admitted to the Northern District of California, but currently resides in the State of Texas. As such, it would result in undue time and expense if Ms. Simmerman were required to travel from Texas to California for this hearing. Therefore, counsel respectfully requests that this court grant this request to allow Ms. Simmerman to appear at the August 8, 2019 hearing by telephone. A notice of substitution of counsel will be filed prior to the hearing date.

Dated: July 30, 2019

Respectfully submitted,

GORDON REES SCULLY MANSUKHANI, LLP

By: _____
Amy P. Frenzen
Attorneys for Defendant
AMERICAN CREDIT RESOLUTION, INC.

## (PROPOSED) ORDER

Counsel for defendant American Credit Resolution, Inc.'s request for Kirstie Simmerman to make a telephonic appearance at the August 9, 2019 hearing on Gordon Rees' Motion to Withdraw as Counsel is hereby GRANTED.

IT IS SO ORDERED.

Date:_____    By:_____
                                    The Honorable Thomas S. Hixon
                                    United States Magistrate Judge