**SULAIMAN LAW GROUP, LTD.**
Nathan C. Volheim (Admitted Pro Hac Vice)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630- 575-8181
Facsimile: 630-581-8188
E-Mail: nvolheim @sulaimanlaw.com
*Attorney for the Plaintiff*

**WAJDA LAW GROUP, APC**
Nicholas M. Wajda
11400 West Olympic Boulevard, Suite 200M
Los Angeles, California 90064
Telephone: (310) 997-0471
Facsimile: (866) 286-8433
*Attorney for the Plaintiff*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA M. FRAZIER,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN CREDIT RESOLUTION, INC.,<br><br>Defendant. | **Case No. 3:18-cv-07729-TSH**<br><br>**MOTION TO APPEAR BY TELEPHONE AT DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL** |

**MOTION TO APPEAR BY TELEPHONE AT
DEFENDANT'S MOTION TO WITHDRAW AS COUNSEL**

NOW COMES JOSHUA M. FRAZIER ("Plaintiff"), through his counsel, Nathan C. Volheimof Sulaiman Law Group, Ltd., moves this Court to appear telephonically at the Defendant's Attorney's Motion to Withdraw as Counsel. In support thereof, states as follows:

1. On December 26, 2018, Plaintiff filed a complaint seeking redress of the Fair Debt Collection Practices Act and Rosenthal Fair Debt Collection Practices Act. [Dkt No. 1].

1

2. On April 8, 2019, the Plaintiff and AMERICAN CREDIT RESOLUTION, INC. ("Defendant") reached a settlement and Plaintiff filed a Notice of Settlement in this matter. [Dkt No. 21].

3. On June 25, 2019, Defendant's Attorney filed a Motion to Withdraw as Counsel and requesting a hearing on the Motion on August 1, 2019 in San Francisco [Dkt No. 26].

4. On July 26, 2019, this Honorable Court continued the hearing on Defendant's Motion to Withdraw to August 8, 2019. [Dkt. No. 26].

5. Lead Counsel for Plaintiff, Nathan C. Volheim, maintains his primary office in Lombard, Illinois, which is approximately 2,271 miles away from San Francisco.

6. Plaintiff, a consumer, request that this Honorable Court allow his attorney to be appear by telephone.

7. As this action involves an individual consumer, deference should be provided to keep expenses to minimum. Since it appears that Defendant has become non-responsive, Plaintiff is concerned that it will not perform per the terms of the settlement and would like to keep costs at a minimum.

8. Furthermore, Plaintiff's counsel files cases throughout the United States, and as such regularly appears telephonically in front of Courts and familiar with the process and appropriate decorum. He understands that appearing telephonically is no different than a physical appearance before the Judge. If this Motion is granted, Plaintiff's counsel will ensure that they are fully prepared to attend this hearing via telephone.

WHEREFORE, Plaintiff, JOSHUA M. FRAZIER, respectfully request the Court allow counsel to appear by telephone at Defendant's Attorney's Motion to Withdraw as Counsel, and grant such other relief as the Court deems just and proper.

Dated: August 1, 2019                                      Respectfully submitted,

JOSHUA M. FRAZIER

By: */s/ Nathan C. Volheim*

Nathan C. Volheim
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
(630) 575-818
nvolheim @sulaimanlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 1, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system.

*s/ Nathan C. Volheim*
Nathan C. Volheim